# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| XAVIER GONZALEZ, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, a corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01406-LRH-GWF |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, XAVIER GONZALEZ, by and through his counsel of record, David Francis Law Firm, and Defendant, WESTERN UNITED INSURANCE COMPANY, by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, LLP and Alverson, Taylor, Mortensen & Sanders, and hereby stipulate that this matter be dismissed with

1

1 | prejudice as to all parties and claims, each party to bear their own costs and attorney's fees.

2 | DATED this 10TH day of ~~October~~ DECEMBER, 2012.        DATED this 12th day of October, 2012.

DAVID FRANCIS LAW FIRM                               ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____10784_____                              _____
DAVID FRANCIS, ESQ.                                  NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 007705                                Nevada Bar No.: 006793
ROGER M. CRAM, ESQ.                                  SABRINA M. MANSANAS, ESQ.
Nevada Bar No. 006612                                Nevada Bar No.: 010669
8831 W. Sahara Avenue                                7401 W. Charleston Boulevard
Las Vegas, Nevada 89117                              Las Vegas, NV 89117
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

                                                     DATED this 12th day of October, 2012.

                                                     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

                                                     _____/S/_____
                                                     BYRON BROWNE, ESQ.
                                                     Nevada Bar No.: 009769
                                                     8337 W. Sunset Road, Suite 350
                                                     Las Vegas, NV 89113
                                                     *Co-Counsel for Defendant*

## ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice as to all parties and claims, each party to bear their own costs and attorney's fees.

DATED this 17th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2