# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| XAVIER GONZALEZ, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY d/b/a AAA NEVADA INSURANCE COMPANY, a corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01406-LRH-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, XAVIER GONZALEZ, by and through his counsel of record, David Francis Law Firm, and Defendant, WESTERN UNITED INSURANCE COMPANY, by and through its counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth, LLP and Alverson, Taylor, Mortensen & Sanders, and hereby stipulate that this matter be dismissed with

1

1  prejudice as to all parties and claims, each party to bear their own costs and attorney's fees.

2  DATED this 10TH day of ~~October~~ DECEMBER, 2012.   DATED this 12th day of October, 2012.

3  DAVID FRANCIS LAW FIRM   ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ 10784

DAVID FRANCIS, ESQ.
Nevada Bar No. 007705
ROGER M. CRAM, ESQ.
Nevada Bar No. 006612
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA M. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*

DATED this 12th day of October, 2012.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

/s/

BYRON BROWNE, ESQ.
Nevada Bar No.: 009769
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113
*Co-Counsel for Defendant*

## ORDER

IT IS SO ORDERED that this matter be dismissed with prejudice as to all parties and claims, each party to bear their own costs and attorney's fees.

DATED this 17th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE